**ROBERT R. POWELL, ESQ.  CSB# 159747**
**DENNIS R. INGOLS, ESQ.    CSB# 236458**
**LAW OFFICES OF ROBERT R. POWELL**
925 West Hedding Street
San José, California  95126
T: 408-553-0200 F: 408-553-0203
E: rpowell@rrpassociates.com

O

Attorneys for Plaintiffs

NOTE: CHANGES MADE BY THE COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

(Eastern Division - Riverside)

| | |
|---|---|
| GINA GONZALES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SAN BERNARDINO, et al., <br><br> Defendants. | Case No. 5:06-CV-01331-VAP(OPx) <br><br> ORDER EXTENDING DEADLINE FOR COMPLETION OF ADR |

The Court has reviewed the stipulation submitted by counsel for the parties.

**The Court disfavors the extension of the deadline to complete mediation,**

**and advises the parties of this at the time the deadline is set at the**

**Scheduling Conference, which in this case took place on January 28, 2008.**

[Proposed] Order Extending Deadline for
Completion of ADR
Gonzales, et al. v. San Bernardino County
U.S. District Ct. – Central Dist.
Case No. 5:06-CV-01331-VAP (OPx)

1

Nevertheless, the Court will permit one extension of this deadline, extending it to September 1, 2008.

**IT IS SO ORDERED.**

Dated :  July 09, 2008

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICTJUDGE

NO FURTHER EXTENSIONS WILL BE GRANTED

[Proposed] Order Extending Deadline for Completion of ADR
Gonzales, et al. v. San Bernardino County
U.S. District Ct. – Central Dist.
Case No. 5:06-CV-01331-VAP (OPx)

2